# United States District Court

District of Utah

| | |
|---|---|
| Jacob Vanderwoude, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case Number: 1:21-cv-00132 |
| v. | |
| Global Processing Services, LLC, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED:

1. That default judgment is granted against Defendant and in favor of Plaintiff.

2. That damages in the amount of $3,000 are awarded against Defendant and in favor of Plaintiff.

3. That Defendant shall pay Plaintiff attorney's fees in the amount of $3,840 and costs in the amount of $525.96.

BY THE COURT:

July 29, 2021

*Date*

Howard C. Nielson, Jr.
United States District Judge